1  TREVOR J. ZINK, ESQ. (SBN 218860)
   OMNI LAW GROUP, LLP
2  1210 S. Bascom Ave., Suite 220
   San Jose, CA 95128
3  Telephone: (408) 288-6664
   Facsimile: (888) 628-6664
4
5  Attorneys for Plaintiff,
   JOANN JACKSON
6

**FILED**

2008 AUG -5  A 10: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**E-FILING**

**ADR**

7              UNITED STATES DISTRICT COURT
8              NORTHER DISTRICT OF CALIFORNIA
9

10  JOANN JACKSON,

11              Plaintiff,

12  v.

13  JOHN E. POTTER, POSTMASTER
    GENERAL

14

15              Defendant.

**C08    03734**

**HRL**

**COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALITATION FOR PROTESTING ILLEGAL DISCRIMINATION**

**(DEMAND FOR JURY TRIAL)**

16                           JURISDICTION

17      1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for

18  employment discrimination, including race discrimination and retaliation for reporting

19  discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. §§ 2000e-5(f), 28 U.S.C. §

20  1331, and 29 U.S.C. § 201 et seq. The jurisdiction of this Court is invoked to secure the

21  protection of and to redress deprivation of rights secured by 42 U.S.C. §§ 2000e et seq.,

22  providing for relief against racial, religious, national origin, and sex discrimination in

23  employment, and forbidding retaliation against an individual for participating in a Title VII

24  employment discrimination process.

25                             VENUE

26      2.      Venue is appropriate and proper in the United States District Court for the

27  Northern District of California under 28 U.S.C.A. Section 1391(b) because the events made the

28  basis of this suit occurred in the City of Oakley, County of Contra Costa, State of California.

PLAINTIFF

3.      Plaintiff, JOANN JACKSON, is an individual citizen of the United States of America residing in the County of Contra Costa, State of California.

DEFENDANT

4.      Defendant, JOHN E. POTTER, is the Postmaster General of the United States Postal Service. All actions complained of herein were undertaken against Plaintiff by the United States Postal Service, its duly authorized employees, agents, representatives, and/or assigns, in Oakley, California. For purposes of this litigation, JOHN E. POTTER, Postmaster General, is named herein as the Defendant in this action on behalf of, and at the direction of, the United States Postal Service.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

5.      On or about November 13, 2007, Plaintiff filed a timely charge of discrimination with the U. S. Postal Service's National EEO Investigative Services Office. On March 5, 2008, a copy of the investigative file was transmitted to Plaintiff. On April 1, 2008, Plaintiff's counsel requested a Final Agency Decision. The United States Postal Service issued its Final Agency Decision by letter dated May 7, 2008. Pursuant thereto, this complaint has been filed within 90 days after the date of the Final Agency Decision.

NATURE OF ACTION

6.      This is a proceeding for a declaratory judgment as to Plaintiff's rights, and for a permanent injunction, restraining Defendant from maintaining a policy, practice, custom or usage of hostility, discrimination, and harassment discriminating against Plaintiff with respect to compensation, terms, conditions, and privileges of employment and in ways that deprive Plaintiff of equal employment opportunities and otherwise adversely affect Plaintiff's employment status because of Plaintiff's race. This complaint also seeks restitution to Plaintiff of all rights, privileges, benefits and income that would have been received by Plaintiff but for Defendant's unlawful and discriminatory practices. This complaint further seeks compensatory and punitive damages for Plaintiff.

///

COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALIATION FOR PROTESTING ILLEGAL DISCRIMINATION

1

## FACTUAL ALLEGATIONS

2    7.    Plaintiff, JOANN JACKSON, is an African American adult female who was hired

3    by the United States Postal Service ("U.S.P.S.") in or around August 2006 as a Rural Carrier

4    Associate ("RCA") in Oakley, California.

5    8.    On July 13, 2006, as part of the application process, Plaintiff put on her job

6    application submitted to the U.S.P.S. that she had never been convicted of a crime (**Exhibit A**).

7    On or abour July 18, 2006, the U.S.P.S. obtained a report of Plaintiff's criminal history from the

8    California Department of Justice (**Exhibit B**). This report states in relevant part, "Based upon a

9    fingerprint search of records contained in BCII files, NO CRIMINAL HISTORY RECORD

10   EXISTS for the above named individual." On or about August 10, 2006, the U.S.P.S. obtained a

11   Federal Bureau of Investigation report evidencing Plaintiff's criminal history (the "FBI Report")

12   (**Exhibit C**). The report evidences that Plaintiff was arrested in 1995. The document makes no

13   mention of any conviction, nor had Plaintiff ever been convicted of any crime.

14   9.    Between approximately June and November 2007, Plaintiff was the only African-

15   American RCA in the Oakley U.S.P.S. office. During this time period, Plaintiff was subjected to

16   repeated acts of hostility and discrimination while working at the Oakley, California U.S.P.S.

17   office. Specifically, each of the following occurred during this time period:

18       a.  In June 2007, Plaintiff informed her supervisor, Pete Hurtado, that she had three

19           medical appointments that were all more than four weeks away for which she

20           would like time off. The relevant schedules had not been made at the time

21           Plaintiff made her request. Immediately after Plaintiff handed the three

22           appointment cards to Mr. Hurtado, he threw the cards at her and said he did not

23           have to honor her requests. Plaintiff is aware that Mr. Hurtado approved several

24           vacation requests for other RCAs around this time period.

25       b.  During this time period, Mr. Hurtado scheduled Plaintiff to work only one day per

26           week though she repeatedly requested to work more days. During this time

27           period, all of the other RCAs were usually scheduled to work more than one day

28           per week.

**COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALITATION FOR**
**PROTESTING ILLEGAL DISCRIMINATION**                                    3

c. During this time period, Plaintiff asked Mr. Hurtado if she could assist with sorting mail for the purpose of picking up extra hours. Mr. Hurtado refused her request stating that Plaintiff does not know the "scheme" for sorting. Plaintiff is aware that her coworker Nicole was allowed to help with sorting at a time when she was not aware of the "scheme".

d. During this time period, Plaintiff asked Mr. Hurtado if she could assist with working on the clerk side for the purpose of picking up extra hours. Mr. Hurtado refused her request stating that Plaintiff does not know the "scheme" for the clerk side. Plaintiff is aware that during this time period her coworkers helped on the clerk side without knowledge of the "scheme".

e. During this time period, Mr. Hurtado regularly assigned Plaintiff's route to other RCAs and/or Temporary Rural Carriers ("TRC"). When Plaintiff asked why her route was assigned to another RCA, Mr. Hurtado stated that he was in charge and he could assign it to whomever he wants. Plaintiff is informed and believes that Mr. Hurtado regularly assigned Plaintiff's route to other RCAs as part of a pattern of discriminatory employment practices.

f. On September 28, 2007, Plaintiff showed up for work and soon thereafter, her keys were missing. The keys were later found at the bottom of a mail tub. Plaintiff is informed and believes that Mr. Hurtado hid her keys and/or was aware of who hid her keys and did not tell her. Plaintiff is informed and believes that Mr. Hurtado hid Plaintiff's keys, or allowed them to be hid, as part of a pattern of discriminatory employment practices.

g. On October 12, 2007, Plaintiff showed up for work prepared to deliver mail, but her mail tub was missing. The next day, Mr. Hurtado admitted to intentionally hiding Plaintiff's mail from her. Plaintiff is informed and believes that Mr. Hurtado hid Plaintiff's mail as part of a pattern of discriminatory employment practices.

h. On October 27, 2007, Plaintiff was standing near two coworkers who were talking

about Halloween.  One of the coworkers stated that he is color blind and cannot see the color black, and therefore he could not see Plaintiff.  Plaintiff is informed and believes that this comment and other similar prejudicial comments about the African American race were tolerated by Mr. Hurtado as part of a pattern of discriminatory employment practices.

10.    In October 2007, Plaintiff filed a grievance with her union complaining of discrimination by Mr. Hurtado.  As a result of Plaintiff's grievance, Plaintiff and Mr. Hurtado signed several agreements on November 10, 2007, which required the U.S.P.S. management to do, among others, each of the following:

a.    Management must begin following the "matrix", which required filling shifts with RCAs, when available, before using TRCs.

b.    Management must assign or train RCAs on routes before TRCs.

c.    Management must not require Plaintiff to learn the subject "scheme" before being allowed to work in the mail sorting department.

d.    Plaintiff was to immediately be given equal hours working the clerk counter as other RCAs and TRCs.

e.    Management must provide auxiliary assistance to Plaintiff equal to that given to other RCAs and TRCs.

f.    Management must provide Plaintiff with the same opportunity to use a U.S.P.S. vehicle when needed.

11.    Between November 10, 2007, and December 28, 2007, Mr. Hurtado and the other U.S.P.S. management failed to fulfill any of the above-listed obligations.

12.    On November 13, 2007, Plaintiff filed her EEO Complaint of Discrimination alleging discrimination by the U.S.P.S., and more specifically Mr. Hurtado.

13.    On December 18, 2007, Mr. Hurtado obtained a copy of the FBI Report.  Shortly thereafter, Mr. Hurtado and Joseph Becerra, Plaintiff's coworker, met with Plaintiff without any Union representative present.  In this meeting, Mr. Hurtado confirmed that Plaintiff stated on her job application that she had not been convicted of a crime.  He then showed Plaintiff the FBI

**COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALITATION FOR PROTESTING ILLEGAL DISCRIMINATION**

5

1  Report and asked her about the "arrests", which Plaintiff confirmed was accurate. Mr. Hurtado

2  then immediately terminated Plaintiff based on the FBI Report and her job application, claiming

3  that the application contained false information. Plaintiff explained that the events identified in

4  the FBI Report occurred when she was a juvenile, which the job application states need not be

5  disclosed, and, in any event, did not result in a "conviction". When Mr. Hurtado continued to

6  press Plaintiff on the issue, Plaintiff repeatedly stated that she had never been convicted of any

7  crime and that her job application was completely accurate.

8          14.     On or about December 28, 2007, Plaintiff obtained a copy of a document from the

9  Contra Costa County Superior Court, Criminal Division, evidencing that there was no record of

10  any criminal conviction against Plaintiff in Contra Costa County, the jurisdiction identified in the

11  FBI Report (**Exhibit D**). That same day, Plaintiff delivered a copy of the document she obtained

12  from the Contra Costs County Superior Court to Mr. Hurtado.

13          15.     On or about December 31, 2007, Plaintiff received a letter dated December 28,

14  2007, from Mr. Hurtado stating the reason for her termination, which was "Falsification of

15  Employment Application" (**Exhibit E**). The letter quotes the job application as follows:

16          Have you ever been convicted of a crime or are you now under charges for any offense
            against the Law? You may omit: (1) any charges that were dismissed or resulted in
17          acquittal; (2) any conviction that has been set aside, vacated, annulled, expunged, or
            sealed; (3) any offense that was finally adjudicated in a juvenile court or juvenile
18          delinquency proceeding; and (4) any charges that resulted only in a conviction of a non-
            criminal offense. All felony and misdemeanor convictions and all convictions in state
19          and federal courts are criminal convictions and must be disclosed. Disclosure of such
            convictions is required even if you did not spend any time in jail and/or were not required
20          to pay a fine.

21  The letter correctly identifies that Plaintiff was arrested in 1995, but incorrectly states that this

22  constitutes falsification of her employment application when it says Plaintiff "failed to disclose

23  the aforementioned conviction." Plaintiff clearly and repeatedly stated to Mr. Hurtado during

24  their meeting that she had never been convicted of any crime, and Plaintiff provided Mr. Hurtado

25  with a copy of the Contra Costa Superior Court document evidencing that the FBI Report was

26  not referring to a "conviction".

27  ///

28  ///

COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALIATION FOR                    6
PROTESTING ILLEGAL DISCRIMINATION

## FIRST CAUSE OF ACTION

### (Discrimination in Employment Based on Race)

16.     Plaintiff refers to the allegations of Paragraphs 1 through 15 and by such reference repleads and incorporates them as though fully set forth herein.

17.     The conduct of U.S.P.S. as set forth above, constitutes unlawful discrimination against Plaintiff on the basis of race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e-16, and 29 U.S.C. 201 et seq.

18.     Defendant U.S.P.S. further violated these statutes in that the U.S.P.S. was motivated in taking the above alleged actions, at least in part, by Plaintiff's complaints to the Union and EEO Compliance that Defendant had violated these statutes.

19.     As a proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer substantial losses in earnings, job experience, retirement benefits, and other employee benefits which she would have received absent Defendant's discrimination.  Furthermore, Plaintiff has incurred additional costs and expenses due to Defendant's discrimination.  Plaintiff does not know at this time the exact amount of her damages, but is informed and believes, and thereon alleges, that the amount of her loss will be $100,000 or more.  Plaintiff requests leave of the court to amend the complaint when these damages are more fully known.

20.     As a further proximate result of the above-mentioned acts, Plaintiff has suffered humiliation, mental pain and anguish, all to Plaintiff's damage in an amount to be proven at trial.

21.     The above-mentioned acts of Defendant were willful, wanton, malicious, and oppressive, and justify the awarding of exemplary and punitive damages in an amount to be proven at trial.

WHEREFORE, Plaintiff prays this Court advance this case on the docket, order a speedy hearing at the earliest practicable date, cause this case to be in every way expedited, and on such hearing to this Court, that it:

1.     Enter a declaratory judgment that the practices complained of herein are unlawful and violative of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e-16, and 29 U.S.C. 201 et seq.;

2.      Permanently enjoin Defendant, its agents, successors, officers, employees, attorneys and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing any and all other practices, policies, customs, and usages set forth herein, and from continuing any and all other practices shown to be in violation of applicable law;

3.      Order modification or elimination of practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they do not discriminate on the basis of race.

4.      Immediately reinstate Plaintiff's employment with the U.S.P.S., and adjust the wage rates, salaries, bonuses, and benefits for Plaintiff to that level which she would be enjoying but for the discriminatory practices of Defendant;

5.      Compensate and make whole Plaintiff for all earnings, wages, retirement benefits, worker's compensation benefits, and other benefits she would have received but for the discriminatory practices of Defendants;

6.      Compensate and make whole Plaintiff for all damages she has incurred as a result of stress, emotional distress, humiliation, demoralization, and loss of self esteem as a result of the discriminatory practices of Defendant;

7.      Award Plaintiff the costs and disbursements of the action, including reasonable attorney's fees in accordance with 42 U.S.C. Section 2000e-5(k);

8.      Award compensatory damages to Plaintiff in an amount to be proven at trial;

9.      Award punitive damages to Plaintiff in the amount of $500,000.00; and

10.     Grant such other relief as may be just and proper.

///
///
///
///
///
///

1

<u>JURY DEMAND</u>

2        Plaintiff demands a jury trial on her claims.

3

4    Date:  August 5, 2008                    **OMNI LAW GROUP, LLP**

5

6

7                                         TREVOR J. ZINK,
                                          Attorneys for Plaintiff, JoAnn Jackson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR RELIEF FOR RACE DISCRIMINATION AND RETALITATION FOR        9
PROTESTING ILLEGAL DISCRIMINATION

**EXHIBIT A**

 **UNITED STATES POSTAL SERVICE** ®

**Application for Employment**
The US Postal Service is an Equal Opportunity Employer
*(Shaded Areas for Postal Service Use Only)*

| Rated Application | | | Veteran preference has been verified through proof that the separation was under honorable conditions, and other proof as required. *(See Section D below.)* | Check One: |
|---|---|---|---|---|
| Rated For | Rating | Date Rcvd. | | ☐ 10 pts. CPS |
| | | Time Rcvd. | Type of Proof Submitted & Date Issued | ☐ 10 pts. CP |
| | | | | ☐ 10 pts. XP |
| Signature & Date | | | Verifier's Signature, Title & Date | ☐ 5 pts. TP |

## A. General Information

| 1. Name *(First, MI, Last)* | 2. Social Security No. (SSN) | 3. Home Telephone |
|---|---|---|
| Jo A Jackson | 557373026 | (925) 756-6188 |

| 4. Mailing Address *(No., Street, City, State, ZIP Code)* | 5. Date of Birth | 6. Work Telephone |
|---|---|---|
| 1201 Mission Dr. Antioch CA 94509 | 07-17-1975 | (925) 625-7354 |

| 7. Place of Birth *(City & State or City & Country)* |
|---|
| Antioch CA |

| 8. Kind of Job Applied for and Postal Facility Name & Location *(City & State)* | 9. Will You Accept Temporary/Casual (Noncareer) Work? | 10. When Will You Be Available? | 11. Are You Willing to Travel? *(Complete only if you are applying for an executive or professional position.)* |
|---|---|---|---|
| Rural Carrier Antioch, Oakley or Brentwood | ☑ Yes  ☐ No | After I give 2 weeks notice to current employer | ☐ Yes  ☐ No |

## B. Educational History

| 1. Name and Location *(City & State)* of Last High School Attended | 2. Are You a High School Graduate? Answer "Yes" if you expect to graduate within the next 9 months, or you have an official equivalency certificate of graduation. |
|---|---|
| Richmond High (Adult) Richmond CA | ☐ Yes - Month & Year: ☑ No - Highest Grade Completed: 11th |

| 3a. Name and Location of College or University *(City, State, and ZIP Code if known. If you expect to graduate within 9 months, give month and year you expect degree.)* | Dates Attended | | No. of Credits Completed | | Type Degree (BA, etc.) | Year of Degree |
|---|---|---|---|---|---|---|
| | From | To | Semester Hrs. | Quarter Hrs. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 3b. Chief Undergraduate College Subjects | Semester Hrs. Completed | Quarter Hrs. Completed | 3c. Chief Graduate College Subjects | Semester Hrs. Completed | Quarter Hrs. Completed |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

4. Major Field of Study at Highest Level of College Work   N/A

5. Other Schools or Training *(For example, trade, vocational, armed forces, or business. Give for each: Name, City, State, and ZIP Code, if known, of school; dates attended; subjects studied; number of classroom hours of instruction per week; certificates; and any other pertinent information.)*

6. Honors, Awards, and Fellowships Received   N/A

7. Special Qualifications and Skills *(Licenses; skills with machines, patents or inventions; publications - do not submit copies unless requested; public speaking; memberships in professional or scientific societies; typing or shorthand speed, etc.)*

N/A

PS Form **2591**, March 1999 *(Page 1 of 4)*

**Affidavit A**
Page  66  of  118

| Name *(First, MI, Last)* | Social Security No. | Date |
|---|---|---|
| So A Jackson | 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 | 7-13-06 |

**C. Work History**

*(Start with your present position and go back for 10 years or to your 16th birthday, whichever is later. You may include volunteer work. Account for periods of unemployment in separate blocks in order. Include military service. Use blank sheets if you need more space. Include your name, SSN, and date on each sheet.)*

May the US Postal Service ask your present employer about your character, qualifications, and employment record? A "No" will not affect your consideration for employment opportunities.    ☒ Yes   ☐ No

**1.**
Dates of Employment *(Month & Year)* From **5-24-06** To **Present**
Exact Position Title **CareGiver**   Average Hours per Week **32**
Name of Employer and Complete Mailing Address **K.C's Sunshine home & Angelic a   125 Brownstone  Oakley CA 94561**
Grade If Postal, Federal Service or Military
Number and Kind of Employees Supervised
Kind of Business *(Manufacturing, etc.)*
Name of Supervisor **Kathy Cook**
Starting Salary/Earnings $ **8 00** per **hr.**
Present Salary/Earnings $ **1024** per **Month**
Place of Employment *(City & State)* **Oakley Calif**
Telephone No. *(If known)* **925 757-7374**

Reason for Wanting to Leave **Payroll checks are always bouncing & higher pay**

Description of Duties, Responsibilities, and Accomplishments **Caring for disabled children. Giving medication when or as needed. Dressing, feeding Giving them baths & taking them on outings.**

**2.**
Dates of Employment *(Month & Year)* From **2003** To **2006 to Present**
Exact Position Title **Cashier-FS1**   Average Hours per Week **13**
Name of Employer and Complete Mailing Address **Antioch Unified School Dist   410 G. Street Antioch, CA**
Grade If Postal, Federal Service or Military
Number and Kind of Employees Supervised
Kind of Business *(Manufacturing, etc.)* **High School**
Name of Supervisor **Carry**
Starting Salary/Earnings $ **10.61** per **HR**
Present Salary/Earnings $ **618.86** per **month**
Place of Employment *(City & State)* **Antioch CA**
Telephone No. *(If known)* **925 756-5658**

Reason for Leaving **Better Paying job /more hours**

Description of Duties, Responsibilities, and Accomplishments **Run cash register, stock & prepare Food**

**I work 2½ hours a day     11/03 — 3/06 — unemployed**

**3.**
Dates of Employment *(Month & Year)* From **9-2003** To **11-2003**
Exact Position Title **Courtesy Clerk**   Average Hours per Week **40**
Name of Employer and Complete Mailing Address **Safeway   1223 Clayton Rd. Concord Calif**
Grade If Postal, Federal Service or Military
Number and Kind of Employees Supervised
Kind of Business *(Manufacturing, etc.)* **Grocery Store**
Name of Supervisor **Bob Satchell**
Starting Salary/Earnings $ **10.10** per **HR**
Present Salary/Earnings $ **0** per
Place of Employment *(City & State)* **Concord CA**
Telephone No. *(If known)* **(925)356-2710**

Reason for Leaving **Grocery /Retail was not where I wanted to be.**

Description of Duties, Responsibilities, and Accomplishments **Bag Groceries, Collect carts, clean entire store & give outstanding customer service.**

*(left margin vertical:)* Feb. 9. 2003 unemployed

**12-2003 — unemployed**

| Name *(First, MI, Last)* | Social Security No. | Date |
|---|---|---|
| Sonja Jackson | 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 | 7-13-06 |

**4.**

| Dates of Employment *(Month & Year)* From 8-2001 To 8-2002 | Grade If Postal, Federal Service or Military | Starting Salary/Earnings $ 13.00 per HR |
|---|---|---|
| Exact Position Title   CNA Recept.   Average Hours per Week 40 | Number and Kind of Employees Supervised | Present Salary/Earnings $ -0- per |

| Name of Employer and Complete Mailing Address | Kind of Business *(Manufacturing, etc.)* | Place of Employment *(City & State)* |
|---|---|---|
| Danville Village Care Center 336 Diablo Blvd. Danville CA | Convalescent  Name of Supervisor Christian Wiliams | Danville CA  Telephone No. *(If known)* (925) 837-4566 |

Reason for Leaving    Personal injury to my daughter   Hospitalize 2 injuries

Description of Duties, Responsibilities, and Accomplishments Care for the elderly w/feeding, clothing, bathing Vital Signs. Answerd multi-lined phones opperated all office machines & I gave out standing customer service.

4/2000 [illegible] by 2001 [illegible handwriting in left margin]

| **D. Veteran Preference** *(Answer all parts. If a part does not apply, answer "No".)* | Yes | No |
|---|---|---|
| 1. Have you ever served on active duty in the US military service? *(Exclude tours of active duty for training as a reservist or guardsman.)* | | ✓ |
| 2. Have you ever been discharged from the armed service under other than honorable conditions? You may omit any such discharge changed to honorable by a Discharge Review Board or similar authority. *(If "Yes," give details in Section F.)* | | ✓ |
| 3. Do you claim 5-point preference based on active duty in the armed forces? *(If "Yes," you will be required to furnish records to support your claim.)* | | ✓ |
| 4. Do you claim a 10-point preference? If "Yes," check type of preference claimed and attach Standard Form 15, Claim for 10-Point Veteran Preference, together with proof called for in that form. | | ✓ |

☐ Compensable Disability *(Less than 30%)*      ☐ Compensable Disability *(30% or more)*      ☐ Non-Compensable Disability *(includes Receipt of the Purple Heart)*      ☐ Wife/Husband

☐ Widow/Widower      ☐ Mother      ☐ Other:

5. List for All Military Service: *(Enter N/A if not applicable)*   N/A

| Date (From - To) | Serial/Service Number | Branch of Service | Type of Discharge |
|---|---|---|---|
| | | | |
| | | | |

THE LAW (39 U.S. CODE 1002) PROHIBITS POLITICAL AND CERTAIN OTHER RECOMMENDATIONS FOR APPOINTMENTS, PROMOTIONS, ASSIGNMENTS, TRANSFERS, OR DESIGNATIONS OF PERSONS IN THE POSTAL SERVICE. Statements relating solely to character and residence are permitted, but every other kind of statement or recommendation is prohibited unless it either is requested by the Postal Service and consists solely of an evaluation of the work performance, ability, aptitude, and general qualifications of an individual or is requested by a government representative investigating the individual's loyalty, suitability, and character. Anyone who requests or solicits a prohibited statement or recommendation is subject to disqualification from the Postal Service and anyone in the Postal Service who accepts such a statement may be suspended or removed from office.

Privacy Act Statement: The collection of this information is authorized by 39 USC 401 and 1001. This information will be used to determine your qualifications and suitability for USPS employment. As a routine use, the information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1613; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Completion of this form is voluntary; however, if this information is not provided, you may not receive full consideration for a position.

COMPUTER MATCHING: Limited information may be disclosed to a federal, state, or local government administering benefits or other programs pursuant to statute for the purpose of conducting computer matching programs under the Act. These programs include, but are not limited to, matches performed to verify an individual's initial or continuing eligibility for, indebtedness to, or compliance with requirements of a benefit program.

PS Form **2591**, March 1999 *(Page 3 of 4)*

**Affidavit A**
Page 68 of 118

| Name (First, MI, Last) | Social Security No. | Date |
|---|---|---|
| SON N JACKSON | 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 | 7-13-06 |

**E. Other Information**

| | Yes | No |
|---|---|---|
| 1. Are you one of the following: a United States citizen, a permanent resident alien, a citizen of American Samoa or any other territory owing allegiance to the United States? | ✓ | |
| RESERVED FOR OFFICIAL USE | | |
| RESERVED FOR OFFICIAL USE | | |

| If you answer "Yes" to question 4 and/or 5, give details in Section F below. Give the name, address (including ZIP Code) of employer, approximate date, and reasons in each case. | 4. Have you ever been fired from any job for any reason? | | ✓ |
| | 5. Have you ever quit a job after being notified that you would be fired? | | ✓ |

| 6. Do you receive or have you applied for retirement pay, pension, or other compensation based upon military, postal, or federal civilian service? (If you answer "Yes", give details in Section F.) | | ✓ |
|---|---|---|
| 7a. Have you ever been convicted of a crime or are you now under charges for any offense against the Law? You may omit: (1) any charges that were dismissed or resulted in acquittal; (2) any conviction that has been set aside, vacated, annulled, expunged, or sealed; (3) any offense that was finally adjudicated in a juvenile court or juvenile delinquency proceeding; and (4) any charges that resulted only in a conviction of a non-criminal offense. All felony and misdemeanor convictions and all convictions in state and federal courts are criminal convictions and must be disclosed. Disclosure of such convictions is required even if you did not spend any time in jail and/or were not required to pay a fine. | | ✓ |
| 7b. While in the military service were you ever convicted by special or general court martial? | | |
| If you answer "Yes" to question 7a and/or 7b, give details in Section F below. Show for each offense: (1) Date of conviction; (2) Charge convicted of; (3) Court and location; (4) Action taken. Note: A conviction does not automatically mean that you cannot be appointed. What you were convicted of, and how long ago, are important. Give all of the facts so that a decision can be made. | | ✓ |
| 8. Are you a former Postal Service or Federal Employee not now employed by the US Government? | | ✓ |
| If you answer "Yes," give in Section F, name of employing agency(ies), position title(s), and date(s) employed. | | ✓ |
| 9. Does the US Postal Service employ any relative of yours by blood or marriage? | | |
| Postal officials may not appoint any of their relatives or recommend them for appointment in the Postal Service. Any relative who is appointed in violation of this restriction can not be paid. Thus it is necessary to have information about your relatives who are working for the USPS. These include: mother, father, daughter, son, sister, brother, aunt, uncle, first cousin, niece, nephew, wife, husband, mother-in-law, father-in-law, daughter-in-law, son-in-law, sister-in-law, brother-in-law, stepfather, stepmother, stepdaughter, stepson, stepsister, stepbrother, half sister, and half brother. | | |
| If you answer "Yes" to question 9, give in section F such relatives: | | |
| (1) Full name; (2) Present address and ZIP Code; (3) Relationship; (4) Position title; (5) Name and location of postal installation where employed. | | ✓ |
| 10. Are you now dependent on or a user of ANY addictive or hallucinogenic drug, including amphetamines, barbiturates, heroin, morphine, cocaine, mescaline, LSD, STP, hashish, marijuana, or methadone, other than for medical treatment under the supervision of a doctor? | | ✓ |

**F. Use This Space for Detailed Answers** (Use blank sheets if you need more space. Include your name, SSN, and date on each sheet.)

---

| G. Certification | Enter number of additional sheets you have attached as part of this application: | |
|---|---|---|
| I certify that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are in good faith. | Signature of Applicant | Date Signed 7-13-06 |

Disclosure by you of your Social Security Number (SSN) is mandatory to obtain the services, benefits, or processes that you are seeking. Solicitation of the SSN by the USPS is authorized under provisions of Executive Order 9397, dated November 22, 1943. The information gathered through the use of the number will be used only as necessary in authorized personnel administration processes.

A false or dishonest answer to any question in this application may be grounds for not employing you or for dismissing you after you begin work, and may be punishable by fine or imprisonment. (US Code, Title 18, Sec. 1001). All information you give will be considered in reviewing your application and is subject to investigation.

PS Form **2591**, March 1999 (Page 4 of

**Affidavit A**
Page 69 of 118

**EXHIBIT B**

From  CADOJ - PLEASE DO NOT REPLY OR SEND MAIL TO THIS ADDRESS <cadoj@doj.ca.gov>

Date  Tuesday, July 18, 2006 2:06 pm

To  A03833@SMSS.DOJ.CA.GOV

Subject  APP: CALIFORNIA - JACKSON, JO - CADOJ (.20060714164705_26:489209.)

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA 94203-4170


DATE: 07/18/2006


      USFCPOSTAL SERVICE
      1750  LUNDY AVENUE
      SAN JOSE CA 95101


RE: DOJ APPLICANT CLEARANCE - NO RECORD RESPONSE

APP ORI:          A1221
APP NAME:          JO ANN JACKSON
APP TYPE:          EMPLOYEE
APP TITLE:          RCA OAKLEY / DP
APP SERVICE REQUESTED: CA/
OCA:          055511
SID:          A011128475
DOB:          07/17/1975
SSN:
CDL:          NA
ATI:          M195JAJ013
OATI:
DATE SUBMITTED:          07/14/2006
SCN #:          K8861950015

APP ADDRESS:

Based upon a fingerprint search of records contained in BCII files, NO
CRIMINAL HISTORY RECORD EXISTS for the above named individual.

Our records indicate you have a contract for subsequent arrest notification
service with the Department of Justice. Therefore, you will be advised, in
accordance with appropriate dissemination criteria, of subsequent
arrests for this individual. Pursuant to Section 11105.2 of the
California Penal Code your agency is required to notify the Departme. t
of Justice when it no longer has a legitimate interest in this subject, i.e.,
the employment of the applicant is terminated or not employed, when the
applicant's license or certification is denied or revoked, or when the
applicant may no longer renew or reinstate the license or certificate.


Electronic Response Code: 03833
Email Address:          A03833@SMSS.DOJ.CA.GOV

**EXHIBIT C**

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

US0PM000Z
PART 2

ICN IFCS0001000018270484

- FBI IDENTIFICATION RECORD - FBI NO-268156AB4

1-ARRESTED OR RECEIVED 1995/06/23   SID- CA111128475
   AGENCY-POLICE DEPARTMENT RICHMOND (CA0071000)
      AGENCY CASE-RA5265
      CHARGE 1-WNT#J9003231 FIGHTING IN PUBLIC
      CHARGE 2-VIO OF COURT ORDER

2-DATE OF APPLICATION 2006/07/13R (DATE FP)
   AGENCY-OPM BOYERS (US0PM000Z)
      AGENCY CASE-06E78166 NAME USED-JACKSON,JO ANN
      CIVIL PRINT - 08/10/2006

RECORD UPDATED 2006/08/10

LL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
INGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

HE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
SE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

**EXHIBIT D**



Superior Court of Contra Costa County
Criminal Division
725 Court Street, Room 127
Martinez, CA 94553
925-646-2440

Date: _12-28-07_

To Whom It May Concern:

This court has no record of convictions on: _Jo Ann Shaw_

With the Date of Birth of: _07-17-75_

Any case that we may have had has been purged pursuant to Government Code 68152.

Sincerely,

_Adele M. Mullins_

Deputy Clerk, Superior Court

**EXHIBIT E**


**UNITED STATES**
**POSTAL SERVICE**

Date: December 28, 2007

Subject: Notice of Removal

To: Joanne Jackson SSN 3626
Rural Carrier
1201 Mission Dr.
Antioch, Ca 94509-4614

You are hereby notified that you will be removed from the United States Postal Service no sooner than thirty days (30) from receipt of this notice. This action is based on the following reasons:

**Charge #2: Falsification Of Employment Application.**

You completed a job application (PS Form 2591) with the United States Postal Service on dated July 13, 2006. Under number 4 at section E - 7a the application for employment you were asked, "Have you ever been convicted of a crime or are you now under charges for any offense against the Law? You may omit: (1) any charges that were dismissed or resulted in acquittal; (2) any conviction that has been set aside, vacated, annulled, expunged, or sealed; (3) any offense that was finally adjudicated in a juvenile court or juvenile delinquency proceeding; and (4) any charges that resulted only in a conviction of a non-criminal offense. **All felony and misdemeanor convictions and all convictions in state and federal courts are criminal convictions and must be disclosed. Disclosure of such convictions is required even if you did not spend any time in jail and/or were not required to pay a fine.**

You checked the NO box and initialed that same box indicating that you had not been arrested and convicted of an offense against the law. As FBI Identification Record was done and it was discovered that you were convicted of a crime against the law and that you failed to disclose that arrest prior to or after your employment with the United States Postal Service. In doing so, you falsified your employment application. That FBI Identification printout disclosed that you were arrested by Richmond Police Department on June 23, 1995 and you were charged with two counts. Charge #1 was "Fighting in public" and charge #2 was Violation of Court Order." As part of the application process, you signed a certification form which stated, "I certify that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith." You falsified that application for employment with the United States Postal Service when you failed to disclose the

**Affidavit A**
Page 63 of 118

- 2 -

aforementioned conviction. As such you are to be removed from the Postal Service.

During your just cause interview, you were asked if your signature was on page4 of the PS Form 2691 and you responded, "Yes." You were then asked if on page 3 of the PS Form 2591 you answered the questions part 3 (number 4-10) and you said, "Yes." You were then asked if those were your initials in questions 4-5 and 7a and you said, "Yes." You were then informed that on Tuesday December 18, 2007 I received an Investigative report from the United States Department of Justice FBI Division which was sent to Personnel Services and that report shows that you have two prior arrest and you were asked if the report was true. You responded yes and then you said no. When asked if the charges were not true you said, "Yes, but I did not think they mattered. I forgot about them."

Your explanation concerning the falsification of your employment application is unacceptable and your behavior will not be tolerated.

Your actions are inconsistent with sections 665.16, of the Employee and Labor Relations Manual (ELM), and Article 12.1.B of the CBA which states:

ELM 665.16 Your actions were in violation of 661.53 Unacceptable Conduct which States in part- No employee will engage in criminal, dishonest, Notoriously disgraceful or immoral conduct, or other conduct prejudicial to the Postal Service.

Article 12.1.B which states:

B. The parties recognize that the failure of the Employer to discover a falsification by an employee in the employment application prior to the expiration of the probationary period shall not bar the use of such falsification as a reason for discharge.

You have the right to file a grievance under the Grievance/Arbitration Procedure set forth in article 15 of the National Agreement within 14 days from your receipt of this notice. If you appeal this action, you  will remain on the rolls in a non-pay status after the effective date of this action, until final disposition of your case has been decided either by settlement or exhaustion of your administration remedies.

If this is overturned on appeal, back pay  will be allowed, unless otherwise specified in the appropriate award or decision. **Only if you have made reasonable efforts to obtain other employment during relevant non-work period**. The extent of documentation necessary to support your back pay claim is explained in the ELM, Section 436. ( Copy Attached)

- 3 -

Supervisor Customer Service
Oakley Post Office
400 Dell Antico Avenue
Oakley, CA 94561-9998

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provid
by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiati
the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a)  PLAINTIFFS
JoAnn Jackson

**DEFENDANTS**
John E. Potter, Postmaster General

(b)  County of Residence of First Listed Plaintiff **E-FILING**
(EXCEPT IN U.S. PLAINTIFF CASES)

Contra Costa

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number)
Trevor J. Zink
Omni Law Group, LLP
1210 S. Bascom Ave., Suite 220
San Jose, CA 95128

Attorneys (If Known)

# ADR C08 03734 HRL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government
Plaintiff
- [X] 2  U.S. Government
Defendant
- [ ] 3  Federal Question
(U.S. Government Not a Party)
- [ ] 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plainti
(For Diversity Cases Only)                                   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | Act | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | | [ ] 892 Economic Stabilization A |
| | | | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 791 Empl. Ret. Inc. | [ ] 870 Taxes (U.S. Plaintiff | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [X] 442 Employment | Sentence | Security Act | or Defendant) | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | | [ ] 871 IRS—Third Party | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | 26 USC 7609 | [ ] 900 Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | to Justice |
| | [ ] 446 Amer. w/Disabilities - | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1  Original
Proceeding
- [ ] 2  Removed from
State Court
- [ ] 3  Remanded from
Appellate Court
- [ ] 4  Reinstated or
Reopened
- [ ] 5  Transferred from
another district
(specify)
- [ ] 6  Multidistrict
Litigation
- [ ] 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 2000e et seq.

Brief description of cause:
Wrongful termination in retaliation for filing a legal grievance and discrimination.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ 500,000

CHECK YES only if demanded in complain
JURY DEMAND:  [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE:
August 4, 2008

SIGNATURE OF ATTORNEY OF RECORD