# OMNI LAW GROUP, LLP

1500 E. HAMILTON AVE., SUITE 202, CAMPBELL, CA 95008
408.879.8500 (P)   ◇   408.879.8501 (F)

Trevor J. Zink

tzink@omnillp.com

August 20, 2008

*Sent Via U.S. Mail*
U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113

*Re: Case #C08 03734 – Change of Address*

To Whom It May Concern:

   Trevor J. Zink of Omni Law Group, LLP, attorney for Joann Jackson, has moved to new offices. Please update your records with our new contact information as follows:

   Trevor J. Zink
   Omni Law Group, LLP
   1500 E. Hamilton Ave., Suite 202
   Campbell, CA 95008
   408.879.8500 (P)
   408.879.8501 (F)

   Please contact this office with any questions.

                                        Very Truly Yours,

                                        OMNI LAW GROUP, LLP

                                        TREVOR J. ZINK, ESQ.