*E-FILED 9/1/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANN JACKSON, | No. C08-03734 HRL |
| Plaintiff, | |
| v. | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| JOHN E. POTTER, POSTMASTER GENERAL, | |
| Defendant. | |

The September 29, 2009 pretrial conference and the trial scheduled to begin on October 5, 2009 have been vacated and will be re-set, as may be appropriate, after defendant's summary judgment motion is resolved.

SO ORDERED.

Dated: September 1, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3734 Notice has been electronically mailed to:**

James A. Scharf james.scharf@usdoj.gov, larry.f.estrada@usps.gov, mimi.lam@usdoj.gov

Trevor Joseph Zink tzink@omnillp.com, jcorcoran@omnillp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.